UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHUN MULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 2:14-CV-0045 |
| v. | ) | Judge Sharp |
| | ) | |
| LLOYD NORRIS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Lloyd Norris's Motion to Dismiss (Docket No. 105) is GRANTED.

It is SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE