UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHUN MULLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 2:14-CV-0045 |
| v. | ) Judge Sharp |
| | ) |
| LLOYD NORRIS, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Motion to Dismiss or, in the alternative, for Summary Judgment (Docket No. 118) filed by Defendants Keith Morrison, Terry Foutch, Cynthia Chaffin, and the City of Algood. Defendants move to dismiss all four of Plaintiff Shun Mullins's federal claims, as well as his three state-law tort claims. (Docket No. 1).

For the reasons set forth in the accompanying Memorandum, the Court GRANTS Defendants' Motion (Docket No. 118) insofar as it seeks summary judgment of Plaintiff's federal claims. The Court DECLINES to exercise supplemental jurisdiction over Plaintiff's remaining state-law claims.

It is SO ORDERED.

The Clerk shall enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE